IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMANDA L. MAHER,** | Case No.  5:19-cv-05721-JDW |
| *Plaintiff,* | |
| v. | |
| **ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY,** | |
| *Defendant.* | |

## ORDER

**AND NOW**, this 1st day of October, 2020, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (ECF No. 12) and the Report and Recommendation of United States Magistrate Judge Richard A. Lloret (ECF No. 16), and after an independent review of the record, the Court notes as follows:

1. Neither Plaintiff nor the Commissioner filed an objection or response to the Report and Recommendation that Magistrate Judge Lloret issued on September 9, 2020 (ECF No. 16);

2. When the parties do not object to a report and recommendation, the Court reviews the recommendation under a plain error standard (*see Oldrati v. Apfel*, 33 F. Supp.3d 397, 399 (E.D. Pa. 1998));  and

3. The Court has reviewed the record and the Report and Recommendation and finds no error.

Therefore, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review (ECF No. 12) is **GRANTED**, and the matter is **REMANDED** in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation; and

3. The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.